IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GERALD EDWIN ROBERSON                                                   PLAINTIFF
ADC #133738

VS.                              4:19-CV-00500-BRW

GRISHAM PHILLIPS, *ET AL.*                                             DEFENDANTS

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 17th day of July, 2019.

        Billy Roy Wilson
        UNITED STATES DISTRICT JUDGE