IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GERALD EDWIN ROBERSON
ADC #133738 PLAINTIFF

v. No. 4:19-cv-500-DPM

GRISHAM PHILLIPS, Judge, Saline County; PETE LANCASTER, Court Appointed Attorney; REBECCA BUSH, Prosecuting Attorney, Saline County; GIBBENS, Detective, Saline County; SHERI FLYNN, Administrator, Sex Offender Committee; JOHN FELTS, Chairman, Arkansas Board of Parole; and ASA HUTCHINSON, Governor, State of Arkansas DEFENDANTS

# ORDER

Roberson requests a refund or reimbursement of his filing fee in this and another case. The Prison Litigation Reform Act, however, doesn't allow the Court to make refunds. 28 U.S.C. § 1915(b)(1)–(2). Roberson's motion, *Doc. 16*, is therefore denied.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

1 October 2026